IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY JOE TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv299-MHT |
| | ) | (WO) |
| CITY OF CLANTON, ALABAMA, | ) | |
| A Municipality, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion today, final judgment is entered on plaintiff's claims against defendants Chilton County, Alabama, City of Clanton, Alabama, Austin Turner, Joshua Marley, and Corporal Freeman.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 20th day of February, 2025.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE