IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BOBBY JOE TURNER,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:24cv299-MHT
                             )        (WO)
JOHN SHEARON, Chilton        )
County Sheriff, In His       )
Capacity as a State          )
Official, et al.,            )
                             )
     Defendants.             )
```

ORDER

Upon consideration of plaintiff's motion to recuse the Magistrate Judge (Doc. 97), it is ORDERED that the motion is denied.

As grounds for recusal, plaintiff asserts that U.S. Magistrate Judge Kelly F. Pate has an ongoing, personal relationship with various attorneys at her former law firm, Balch & Bingham.  Because she previously worked there, Judge Pate does not handle cases in which Balch & Bingham represents a party, and Balch & Bingham does

not represent any party in this case.  Therefore, even assuming plaintiff's assertion about Judge Pate having a relationship with her former colleagues is true, it provides no basis for recusal here.  Additionally, the court sees no other arguable basis for recusal.

DONE, this the 6th day of October, 2025.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE